UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CHARITY DANSO, :
 :
                             Plaintiff, :
 :      24 Civ. 4021 (JPC)
          -v- :
 :          ORDER
ADIR INTERNATIONAL, INC., :
 :
                           Defendant. :
 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On June 13, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore July 8, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On July 8, 2024, the Court granted an extension of this deadline to August 7, 2024. Dkt. 7. The Court subsequently granted another extension to September 11, 2024. Dkt. 9. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until September 18, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by September 25, 2024.

       SO ORDERED.

Dated: September 12, 2024
       New York, New York                         _____
                                                               JOHN P. CRONAN
                                                               United States District Judge